UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOAN CICCHIELLO, | : | Case No. 3:24-cv-855 (KAD) |
|    Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| COLETTE PETERS and | : | |
| R. STOVER, | : | |
|    Respondent. | : | |

NOTICE OF APPEARANCE

To: The clerk of court and all counsel and parties of record

    I am admitted to practice in this court, and I appear in this case as counsel for the respondents.

Date: June 10, 2024

Respectfully submitted,

Vanessa Roberts Avery
United States Attorney

  /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on June 10, 2024, a copy of the foregoing was sent by mail to the petitioner at the following address:

Joan Cicchiello
#72896-067
FCI Danbury
Inmate Mail/Parcels
Route 37
Danbury, CT 06811

                                                         /s/
                                                John W. Larson